NUMBER 13-09-00420-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IKON OFFICE SOLUTIONS, INC., Appellant,


v.



INTEGRITY COMMUNICATIONS, LTD., Appellee. 

_____________________________________________________________


On appeal from the County Court at Law No. 4


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the County Court at Law
No. 4 of Nueces County, Texas, in cause number 03-62540-4. Appellant has filed an
unopposed motion to dismiss the appeal on grounds that the parties have reached an
agreement to settle and compromise their differences. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party incurring same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the
court will tax costs against the appellant."). Having dismissed the appeal at appellant's
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 22nd day of October, 2009.